Dismissed and Memorandum Opinion filed October 26, 2006








Dismissed
and Memorandum Opinion filed October 26, 2006.

 

In The

Fourteenth Court of
Appeals

 

____________

 

NO. 14-06-00141-CV

NO. 14-06-00371-CV

____________

 

MAINLAND MEDICAL CENTER, Appellant

 

V.

 

BETTY MOUNCE,
Appellees

 



 

On Appeal from the 56th District Court

Galveston County,
Texas

Trial Court Cause No. 05CV0658

 



 

M E M O R A N D U M   O P I N I O N

These
are appeals from a judgment signed January 23, 2006.  On October 13, 2006, the
parties filed a motion to dismiss both appeals in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeals are ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed October
26, 2006.

Panel consists of Justices Fowler, Edelman, and Frost.